1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREW A. CEJAS,                          1:11-cv-02141-MJS-(PC)

12            Plaintiff,                       ORDER TO SUBMIT APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
13        vs.                                  OR PAY FILING FEE WITHIN 45 DAYS

14   R. H. TRIMBLE, et al.,

15            Defendants.
                                         /
16

17        Plaintiff Andrew A. Cejas ("Plaintiff")  is a state prisoner proceeding pro se in a civil

18   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or

19   submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20        Accordingly, IT IS HEREBY ORDERED that:

21        Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative,

23   pay the $350.00 filing fee for this action. **No requests for extension will be granted without**

24   **a showing of good cause**.  Within sixty (60) days of the date of service of this Order, Plaintiff

25   shall submit a certified copy of his prison trust statement for the six month period immediately

26   preceding the filing of the complaint.

27   /////

28   /////

-1-

1    **Failure to comply with this Order will result in dismissal of this action.**

2

3   IT IS SO ORDERED.

4   Dated:    January 10, 2012            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-